STATE OF CONNECTICUT *v.* LAWRENCE J. BRUNOLI
(13610)
(13611)

LAVERY, HEIMAN and HENNESSY, Js.

Argued Janury 10—decision released February 7, 1995

*Zbigniew S. Rozbicki,* for the appellant (defendant).

*Timothy J. Sugrue,* assistant state's attorney, with whom, on the brief, were *Frank S. Maco,* state's attorney, and *James Fletcher,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.